IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ASSATEAGUE COASTKEEPER et al. | * | |
| | * | |
| v. | * | |
| | * | |
| ALAN AND KRISTIN HUDSON FARM et al. | * | Civil Action WMN-10-CV-0487 |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

In accordance with the foregoing Memorandum and for the reasons stated therein, it is this 21st day of July, 2010, by the United States District Court for the District of Maryland ORDERED:

1) That Defendants Alan and Kristin Hudson Farm and Perdue Farms, Incorporated's Motions to Dismiss, Papers 14 and 15, are GRANTED in part and DENIED in part in that:

   a. Plaintiffs Assateague Coastkeeper, Kathy Phillips, and Assateague Coastal Trust are hereby DISMISSED as Plaintiffs;

   b. The motions are otherwise DENIED; and

2) That the Clerk of the Court shall transmit a copy of this Memorandum and Order to all counsel of record.

                         _____/s/_____
                         William M. Nickerson
                         Senior United States District Judge