UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>WILLIAM M. NICKERSON<br>SENIOR UNITED STATES DISTRICT JUDGE | 101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-7810<br>FACSIMILE (410) 962-2577 |

January 25, 2011

All counsel of record

Re:   Waterkeeper Alliance, Inc. v. Alan and Kristin Hudson Farm et al.
      Civil Action No. WMN-10-487

Dear Counsel:

    I am in receipt of your letters regarding a modification of the Court's scheduling order. Without crediting or rejecting counsels' characterization of the conduct of opposing counsel, the Court finds that an extension of all of the remaining deadlines by two weeks is appropriate. Accordingly, the scheduling order is modified to include the following deadlines.

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) Disclosures re: experts | February 11, 2011 |
| Defendants' Rule 26(a)(2) Disclosures re: experts | March 29, 2011 |
| Plaintiff's rebuttal Rule 26(a)(2) Disclosures re: experts | April 15, 2011 |
| Rule 26(e)(2) supplementation of disclosures and responses | April 29, 2011 |
| Discovery Deadline; submission of status report | May 9, 2011 |
| Requests for Admission | May 20, 2011 |
| Dispositive Pretrial Motions | July 11, 2011 |

    Notwithstanding the informal nature of this correspondence, it is an order of the Court and will be docketed as such.

Sincerely,
/s/

William M. Nickerson
Senior United States District Judge

cc: Court File