**INDEX OF EXHIBITS IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

| Exhibit | Document Name |
|---|---|
| 1 | Exhibit Index |
| 2 | U.S. EPA, Total Nitrogen |
| 3 | U.S. EPA, *Chesapeake Bay Compliance and Enforcement Strategy* (May 2010) |
| 4 | Maryland Department of Natural Resources, ("DNR"), *Maryland Scenic Rivers: The Pocomoke* (1982) |
| 5 | DNR, *Pocomoke River Basin, Environmental Assessment of Stream Conditions* (Dec. 1999) |
| 6 | *Impaired Waters and Total Maximum Daily Loads*, U.S. EPA |
| 7 | Maryland Department of the Environment ("MDE"), *Maryland's Final 2010 Integrated Report of Surface Water Quality for Category 5 Waters* (2010) |
| 8 | MDE et al., *Total Maximum Daily Loads of Fecal Coliform for the Restricted Shellfish Harvesting/Growing Areas of the Pocomoke River* (June 12, 2009) |
| 9 | Harry Hughes et al., *Report of the Governor's Blue Ribbon Citizens* Pfisteria Piscicida *Action Commission* (Nov. 3, 1997) |
| 10 | Delmarva Poultry Industry, Inc., *Look What the Poultry Industry Is Doing for Delmarva* (Jan. 2011); Maryland Cooperative Extension, *Structures for Broiler Litter Manure Storage* (1990) |
| 11 | U.S. EPA, *The Next Generation of Tools and Actions to Restore Water Quality in the Chesapeake Bay* (Nov. 24, 2009) |
| 12 | Executive Order Number 13,508, 74 Fed. Reg. 23099 (May 15, 2009) |
| 13 | Poultry Producer Agreement ("PPA") (June 23, 2008), No. HUD000941–000947 |
| 14 | Notice of Intent, General Permit for Discharges From Animal Feeding Operations 1–2 (Mar. 19, 2009) (MDE certified) |
| 15 | E-mail chain between T. Langford, Perdue Farms DMV South Accomar Growout Manager, et al. re: Top 10 Farms That You Are Worried About (Feb. 19–23, 2010), Nos. PER011332–011333; Top 10 Farms that are Worried about in DMV South, No. PER016130 |
| 16 | Alan Hudson Deposition Transcript |
| 17 | Nutrient Management Plan ("NMP") for Alan Hudson (Nov. 10, 2008), Nos. HUD001513–001669 |
| 18 | Partial NMP for Alan Hudson (Nov. 10, 2008) (MDE certified) |
| 19 | Maryland Department of Agriculture ("MDA") Nutrient Management Program Plan Implementation Evaluation Report for Alan Hudson (Aug. 12, 2010), Nos. HUD000249–000251 |
| 20 | Assignment of Proceeds Form (Nov. 28, 2007), No. PER000927 |
| 21 | Kristin Hudson Deposition Transcript |
| 22 | *Our Company, Our Vision, Values and Aspirations*, Perdue |

**EXHIBIT 001**

**INDEX OF EXHIBITS IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

| Exhibit | Document Name |
|---|---|
| 23 | *Perdue Farms, Inc., Dept ID #: T00166864*, Maryland Department of Assessments and Taxation |
| 24 | James M. MacDonald, USDA, *The Economic Organization of U.S. Broiler Production* (June 2008) |
| 25 | *Memorandum of Agreement between United States Environmental Protection Agency and Perdue, Perdue Clean Bays Environmental Management Initiative* (Sept. 18, 2006) |
| 26 | Perdue Farms Clean Waters Environmental Initiative PowerPoint Presentation (April 22, 2009) (EPA version) |
| 27 | Email from J. Smith to D. McGuigan et al. re Perdue Delmarva Growers. |
| 28 | Aerial Map of Hudson Farm (A. Hudson Dep. Ex. 1) |
| 29 | NMP for Alan Hudson (Mar. 26, 2010), Nos. HUD000181–000247 |
| 30 | Six Flock History Report, Kristin Hudson, Producer Number: 1443, Nos. PER001142–001144 |
| 31 | Six Flock History Report, Kristin Hudson, Producer Number: 1443, No. 000864; Perfect Placement, Kristin Hudson, No. PER025175; Perfect Placement, Kristin Hudson No. PER024690; Perfect Placement, Kristin Hudson, No. PER0029412 |
| 32 | MDE Inspection Photograph 21 (Jan. 26, 2010) (MDE certified) |
| 33 | MDE Inspection Photograph 47 (Jan. 26, 2010) (MDE certified) |
| 34 | General Compliance Schedule for Applicants for CAFO Permit Coverage (July 26, 2010) (MDE certified) |
| 35 | Compilation of Comprehensive Nutrient Management Plans ("CNMP") Status Forms (MDE certified) |
| 36 | USDA, Natural Resources Conservation Service, Conservation Program Contract (May 6, 2010) |
| 37 | USDA, Natural Resources Conservation Service, Conservation Plan or Schedule of Operations (May 6, 2010) |
| 38 | Letter from Gary F. Kelman, MDE, Head of CAFO Section, to Alan Hudson (Sept. 14, 2010) (MDE certified). |
| 39 | Dr. Charles Hagedorn Deposition Transcript |
| 40 | MDE Inspection Photograph 8 (Jan. 26, 2010) (MDE certified) |
| 41 | MDE Inspection Photograph 17 (Jan. 26, 2010) (MDE certified) |
| 42 | MDE Inspection Photograph 19 (Jan. 26, 2010) (MDE certified) |
| 43 | MDE Hudson Farms Sample Map (MDE certified) |
| 44 | Roger Hudson Deposition Transcript |
| 45 | Dr. Bruce Bell Declaration |
| 46 | MDE Inspection Photograph 10 (Jan. 26, 2010) (MDE certified) |
| 47 | Waterkeeper Alliance Photograph, WKA000527 |
| 48 | Jeffrey Smith Deposition Transcript |

# INDEX OF EXHIBITS IN SUPPORT OF
## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

| Exhibit | Document Name |
|---|---|
| 49 | Carrie Johnson Deposition Transcript |
| 50 | Analytical Results, Perdue Processing Plant, Chicken Litter, EPA-HUD000431–000434 |
| 51 | Perdue Growout General BMP Log, PER000803 |
| 52 | WKA Aerial Photographs, Nos. WKA000199, WKA000168 |
| 53 | MDE Inspection Photograph 11 (MDE certified) |
| 54 | MDE Inspection Photograph 34 (MDE certified) |
| 55 | Perdue Clean Water Initiative Power Point Presentation, Nos PER000034–000116 |
| 56 | WKA Photograph No. WKA000532 |
| 57 | Larry D. Jacobson, *et al.*, *Air Emissions from Animal Production Buildings*, Presented at the XI International Society for Animal Hygiene 2003, Feb. 17–23, 2003, Mexico City |
| 58 | U.S. EPA, Glossary |
| 59 | WKA Site Inspection Photograph (Nov. 17, 2010) |
| 60 | Hudson Farm Plat (Sept. 16, 2002) |
| 61 | Maryland Agricultural Water Quality Cost Share ("MACS") Program, Water Quality Project Form (Mar. 6, 2008) (MDA certified) |
| 62 | MACS Program Application (Mar. 16, 2009) (MDA certified) |
| 63 | MACS Manual, Section II, Heavy Use Area Protection 561-1 (Mar. 2009) |
| 64 | MACS Program Agreement (June 11, 2008) (MDA certified) |
| 65 | MACS Program Agreement 2 (May 20, 2009) (MDA certified) |
| 66 | MDA Hudson Farm MACS Funding Spreadsheet |
| 67 | Worcester Soil Conservation District ("WSCD") Map of Hudson Farm (WSCD certified) |
| 68 | Conservation Assistance Notes, No. WSCD000239 |
| 69 | Operation & Maintenance Plan, Poultry Heavy Use Area Protection (Mar. 16, 2009) (MDA certified) |
| 70 | David Bramble Deposition Transcript |
| 71 | Perdue Perfect Placement Forms, Nos. PER009893, PER009917, PER010010 |
| 72 | Perdue Pest Inspection Forms, Nos. PER000738, PER000756, PER000766, PER000786, PER000802 |
| 73 | Tammie Seyfert Deposition Transcript |
| 74 | Perdue Flock Supervisor Report, No. PER000844 |
| 75 | Chesapeake Labs Inc., Sample Results |
| 76 | Kathlyn Phillips Deposition Transcript |
| 77 | Kathlyn Phillips Declaration |

**EXHIBIT 001**

**INDEX OF EXHIBITS IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

| **Exhibit** | **Document Name** |
|---|---|
| 78 | MDE, Waste Management Administration, Report of Observations (Jan. 27, 2010), MDE 00049 (MDE certified) |
| 79 | Md. Dep't of Health and Mental Hygiene, Laboratories Admin., Bacteriological Examination of Streams and Wastewaters: Field Record (Jan. 26, 2010) (MDE certified) |
| 80 | Phase Separation Science, Inc., Analytical Report for MDE (Feb. 24, 2010) (MDE certified) |
| 81 | Alex Dolgos Declaration |
| 82 | No. WKA000236 (K. Phillips Sample Log) |
| 83 | Defendant Perdue's Response to Plaintiff's Requests for Admission |
| 84 | Library of Congress Government Source, Army Map Service, Map of Ninepin, Maryland (1950) (certified copy on file with Plaintiff) |
| 85 | Maryland Geological Survey, Map of Worcester County Showing the Topography and Election Districts (1950, revised 1964 and 1971) (certified copy on file with Plaintiff) |
| 86 | WSCD, 1989 *Operation and Maintenance Plan for Franklin Branch Public Drainage Association* (Nov. 29, 1989) (WSCD certified) |
| 87 | WSCD, *Work Plan for the Franklin Branch Watershed, Worcester County, Maryland* (Mar. 1964) (WSCD certified) |
| 88 | *Public Drainage Association Manager's Nomination Form* (2011) |
| 89 | Michael Scott Declaration |
| 90 | Alex Dolgos Deposition Transcript |
| 91 | Soil Conservation and Water Quality Plan, Nos. HUD000992–001008 |
| 92 | Defendant Hudson Farm's Response to Plaintiff's Requests for Admission |
| 93 | Flock Settlement Review Packet, No. HUD000814 |
| 94 | Tier Requirements Checklist, No. PER000921 |
| 95 | Main Breaker Relocation Financing Agreement (Aug. 6, 2009), Nos. PER001103–001105 |
| 96 | Perdue Well Water Analysis Report, No. PER000536; Perdue Water Analysis Summary Report, No. PER027207 |
| 97 | Email from T. Seyfert to K. Baker re Feed Order and Invoice, No. PER025185 |
| 98 | Litter Spreadsheet, No. PER027703 |
| 99 | MDA, Salisbury Animal Health Laboratory, Follow Up Report, No. PER027935; Avian Influenza Testing Report, No. PER027221; Labvantage Bird Health Test Data, No. PER026520; Pesticide/Avian Influenza Daily Clearance Report, No. PER027833; Serology Spreadsheet, No. PER027205 |
| 100 | Farm Biosecurity Plan, Nos. PER011237–011241 |
| 101 | Summer Visitation Report, Nos. PER000504-000505 |
| 102 | Clean-out Spreadsheet, Nos. PER010988-010990 |

**EXHIBIT 001**

**INDEX OF EXHIBITS IN SUPPORT OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

| Exhibit | Document Name |
|---|---|
| 103 | DPI Contribution Flock Deductions 2010 Spreadsheet, No. PER026877; DPI Fund Drive Spreadsheet, No. PER026955 |
| 104 | Farm Information Spreadsheet, No. PER027019 |
| 105 | Month End Numbers Spreadsheet, No. PER027048; Nipple and Feeder Space Report, No. PER026852 |
| 106 | Fuel Usage Spreadsheet, No. PER026995 |
| 107 | Producer Litter Usage Spreadsheet, No. PER027749 |
| 108 | Farm Pile Survey, No. PER027054 |
| 109 | Pad, Fogger, Tunnel Fan, No. PER026924 |
| 110 | Clearance Spreadsheet, No. PER011325 |
| 111 | House Ages DMV South Spreadsheet, No. PER026958 |
| 112 | Mortality and Water Consumption Record, No. PER000814 |
| 113 | Scorecard Spreadsheet, No. PER027005 |
| 114 | House Temperature Graph, No. PER000592 |
| 115 | Perdue Farm Visitor Log Compilation (T. Seyfert Dep. Ex. 18) |
| 116 | Perdue Pest Inspection Forms Compilation (T. Seyfert Dep. Ex. 22) |
| 117 | Perdue Performance Planning & Appraisal Process, Nos. PER028998–029003 |
| 118 | Perdue Performance Planning & Appraisal Process, Nos. PER029005–029010 |
| 119 | Chick Pre-Placement Audit Compilation (A. Hudson Dep. Ex. 44) |
| 120 | Perdue Growout General BMP Logs, Nos. PER009894, PER009918 |
| 121 | Perfect Placement Form Compilation (A. Hudson Dep. Ex. 45) |
| 122 | Perdue Flock Visitation, Week 1, No. HUD000978 |
| 123 | Flock Visitation, Week 2, No. HUD000973; Perdue Flock Visitation, Week 3, No. PER000843; Perdue Flock Visitation, Week 4, No. PER000828 |
| 124 | Flock Settlement Sign-off Sheet Compilation (T. Seyfert Dep. Ex. 23) |
| 125 | Perdue Flock Visitation Compilation (T. Seyfert Dep. Ex. 24) |
| 126 | *Environmental Stewardship*, Perdue; *Corporate Responsibility*, Perdue |
| 127 | Email from D. McGuigan to H. Zygmunt re Perdue EPA Meeting Recap |
| 128 | Email from J. Smith to R. Darnell re Deviation Response, No. PER028939–028940 |
| 129 | Letter from D. McGuigan to J. Smith re Clean Water Initiative |
| 130 | General Discharge Permit for Animal Feeding Operations, Final Determination, Dec. 30, 2008 |
| 131 | *MDE AFO (CAFO/MAFO)* Webpage, MDE |
| 132 | MDA, 2010 MACS Annual Report (Feb. 15, 2011) |
| 133 | Sampling of Flock Visitation Reports re Operation |
| 134 | Sampling of Flock Visitation Reports re Supervision and Control |
| 135 | Sampling of Pest Inspection Forms |

**EXHIBIT 001**